# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Kian Mottahedeh | Atty Name (if applicable) | Kian Mottahedeh |
| Street Address: | 15300 Ventura Blvd. Suite 503 Sherman Oaks, CA 91403 | CA Bar No (if applicable): | 247375 |
| Filer's Telephone No. | 818-855-5950 | Atty Fax No (if applicable): | 818-855-5952 |

| | |
|---|---|
| In re: Maria Gonzalez | Case No 1:13-bk-11758 MT<br>Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended

A ☐    B ☐    C ☐    D ☐    E ☐    F ☒    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐    Statement of Financial Affairs ☐

Statement of Intention ☐    Other ☐

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE

I/We, **Maria Gonzalez**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:   April 11, 2013

/s/ Maria Gonzalez
**Maria Gonzalez**
*Debtor Signature*

*Co-Debtor Signature*

**FOR COURT USE ONLY**

B-1008 *Revised November 2011*

B6F (Official Form 6F) (12/07)

In re   Maria Gonzalez                                   Case No.   1:13-bk-11758
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Allied Insterstate<br>P.O. Box 1954<br>Southgate, MI 48195-0954 | | | 2010<br>Notice | | | | Unknown |
| Account No. xxxx4454<br><br>ARS National Services Inc<br>PO Box 463023<br>Escondido, CA 92046-3023 | | | 2010<br>Notice | | | | Unknown |
| Account No.<br><br>Bank of America<br>Bankruptcy Department<br>Post Office Box 2278<br>Norfolk, VA 23501 | | | 2010<br>Credit Card | | | | 500.00 |
| Account No.<br><br>Capital One<br>Post Office Box 85167<br>Richmond, VA 23285-5167 | | | 2011<br>Claim | | | | 500.00 |

3   continuation sheets attached                                      Subtotal   1,000.00
                                                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Maria Gonzalez  
                 Debtor

Case No. 1:13-bk-11758

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chase Manhattan<br>Attn: Bankruptcy Research Dept<br>3415 Vision Dr<br>Columbus, OH 43219 | | | 2010<br>Claim | | | | 5,200.00 |
| Account No.<br><br>Curacao<br>1605 W. Olympic Blvd.<br>Los Angeles, CA 90015-3808 | | | 2011<br>Claim | | | | 4,832.00 |
| Account No.<br><br>Facey Medical Foundation<br>11165 Sepulveda Blvd.<br>Mission Hills, CA 91345-1125 | | | 2010<br>Medical | | | | 170.00 |
| Account No.<br><br>Home Depot<br>Post Office Box 13065<br>Roswell, GA 30076-9065 | | | 2010<br>Claim | | | | 2,650.00 |
| Account No.<br><br>Household Bank<br>12447 SW 69th Ave<br>Tigard, OR 97223-8517 | | | 2011<br>Claim | | | | 1,941.00 |

Sheet no. 1 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 14,793.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Maria Gonzalez    Case No.  1:13-bk-11758
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | | 2011<br>Claim | | | | 975.00 |
| Account No.<br><br>Macys<br>P.O. Box 6938<br>The Lakes, NV 88901 | | | 2010<br>Claim | | | | 2,392.00 |
| Account No.<br><br>Pep Boys<br>c/o GE Capital Cons Cardco<br>P.O. Box 9001557<br>Louisville, KY 40290-1557 | | | 2010<br>Claim | | | | 1,733.00 |
| Account No. xxxxx7037<br><br>Southwest Credit<br>2950 S. Gessner Road<br>Houston, TX 77063 | | | 2010<br>Niotice | | | | Unknown |
| Account No.<br><br>T Mobile<br>PO Box 51843<br>Los Angeles, CA 90051-6143 | | | 2011<br>Claim | | | | 1,729.00 |

Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,829.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Maria Gonzalez                                          Case No.   1:13-bk-11758
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx2597<br>Universal Credit Corporation<br>PO Box 23815<br>San Diego, CA 92193-3815 | | | 2010<br>Notice | | | | Unknown |
| Account No.<br>Valley Community College<br>5800 Fulton Avenue<br>Van Nuys, CA 91401 | | | 2011<br>Loan | | | | 4,600.00 |
| Account No.<br>Water & Power Community CU<br>1053 W. Sunset Boulevard<br>Los Angeles, CA 90012 | | | 2010<br>Claim | | | | 4,780.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   9,380.00

Total (Report on Summary of Schedules)   32,002.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15300 Ventura Blvd., Suite 503, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SCHEDULE F** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 11, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 11, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen A. Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

Maria Gonzalez
13301 Branford St
Pacoima, CA 91331

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/11/2013 | Dora Vazquez | /s/ Dora Vazquez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

**Creditors**

Allied Insterstate
P.O. Box 1954
Southgate MI 48195

ARS National Services Inc
PO Box 463023
Escondido CA 92046

Southwest Credit
2950 S. Gessner Road
Houston TX 77063

Universal Credit Corporation
PO Box 23815
San Diego CA 92193

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kian Mottahedeh<br>SM Law Group, APC<br>15300 Ventura Blvd.<br>Suite 503<br>Sherman Oaks, CA 91403<br>818-855-5950 Fax: 818-855-5952<br>247375<br>☒ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Maria Gonzalez<br>Debtor(s) | CASE NO 1:13-bk-11758 MT<br>CHAPTER 7<br>ADV NO |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☒ Petition, statement of affairs, schedules or lists — Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: 4/11/13
☐ Other: _____ — Date Filed:

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_/s/ Maria Gonzalez_  Date: 4/11/13
Signature of Signing Party
**Maria Gonzalez**
Printed Name of Signing Party

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature line for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_/s/_  Date: 4/11/13
Signature of Attorney for Signing Party
**Kian Mottahedeh 247375**
Printed Name of Attorney for Signing Party