# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Kian Mottahedeh | Atty Name (if applicable): | Kian Mottahedeh |
| Street Address: | 15300 Ventura Blvd. Suite 503 Sherman Oaks, CA 91403 | CA Bar No. (if applicable): | 247375 |
| Filer's Telephone No.: | 818-855-5950 | Atty Fax No. (if applicable): | 818-855-5952 |

In re: Maria Gonzalez

Case No. 1:13-bk-11758 MT
Chapter 7

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☐    No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☒    C ☒    D ☐    E ☐    F ☐    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐         Statement of Financial Affairs ☐

Statement of Intention ☐                          Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Maria Gonzalez, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: April 27, 2013

/s/ Maria Gonzalez
Maria Gonzalez
*Debtor Signature*

*Co-Debtor Signature*

**FOR COURT USE ONLY**

B6B (Official Form 6B) (12/07)

In re  Maria Gonzalez                                                                 Case No.  1:13-bk-11758-MT
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Checking account<br>US Bank<br>Water & Power Community CU | C | 50.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furniture and appliances, | C | 600.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Personal clothing | C | 800.00 |
| 7. | Furs and jewelry. | | Miscellaneous jewelry | C | 250.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance plan with no cash surrender value | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   1,700.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Maria Gonzalez**                                                        Case No.   **1:13-bk-11758-MT**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Erisa qualified profit sharing plan through former employer | - | 1,300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Potential 2012 tax refund. | C | 800.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     2,100.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont

In re  Maria Gonzalez                                                             Case No. 1:13-bk-11758 MT
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| # | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 21 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | | Debtor has a pending claim against Adir International, LLC for alleged violations of the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, and alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The anticipated recovery, if any, is speculative and unknown at this time. The debtor is represented by Price Law Group APC. 818-995-4540 | - | 13,000.00 |
| 22 | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23 | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24 | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25 | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Mitsubishi lancer With approx 120, 000 miles paid in full | C | 4,500.00 |
| | | | 2009 Honda Fit Encumbered The debtor is merely a co signer She does not make payments on this car. The payments are not included in schedule J or the CMI. | - | 8,500.00 |
| 26 | Boats, motors, and accessories. | X | | | |
| 27 | Aircraft and accessories. | X | | | |
| 28 | Office equipment, furnishings, and supplies | X | | | |
| 29 | Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30 | Inventory | X | | | |
| 31 | Animals | X | | | |

Sub-Total >  26,000.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Maria Gonzalez**  
　　　　　Debtor

Case No.  **1:13-bk-11758 MT**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >　　0.00  
(Total of this page)  
Total >　　29,800.00

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com　　　Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re   Maria Gonzalez                                                                 Case No.   1:13-bk-11758 MT
                                  Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:    ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $146,450. *(Amount subject to adjustment on 4-1-13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account<br>US Bank<br>Water & Power Community CU | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| Household goods, furniture and appliances, | C.C.P. § 703.140(b)(3) | 600.00 | 600.00 |
| **Wearing Apparel** | | | |
| Personal clothing | C.C.P. § 703.140(b)(3) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous jewelry | C.C.P. § 703.140(b)(4) | 250.00 | 250.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Erisa qualified profit sharing plan through former employer | C.C.P. § 703.140(b)(10)(E) | 1,300.00 | 1,300.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Potential 2012 tax refund. | C.C.P. § 703.140(b)(5) | 800.00 | 800.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Debtor has a pending claim against Adir International, LLC for alleged violations of the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, and alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The anticipated recovery, if any, is speculative and unknown at this time. The debtor is represented by Price Law Group APC. 818-995-4540 | C.C.P. § 703.140(b)(5) | 13,000.00 | 13,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Mitsubishi lancer<br>With approx 120, 000 miles<br>paid in full | C.C.P. § 703.140(b)(2) | 4,500.00 | 4,500.00 |
| | Total: | 21,300.00 | 21,300.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Kian Mottahedeh
SM Law Group, APC
15300 Ventura Blvd.
Suite 503
Sherman Oaks, CA 91403
818-855-5950 Fax: 818-855-5952
247375

[X] Attorney for Debtor(s)

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Maria Gonzalez

Debtor(s)

CASE NO: 13-bk-11758 MT
CHAPTER 7
ADV NO:

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

[X] Petition, statement of affairs, schedules or lists          Date Filed
[ ] Amendments to the petition, statement of affairs, schedules or lists    Date Filed  4/26/13
[ ] Other: _____                                       Date Filed

I (We), the undersigned Debtor(s) (or other party on whose behalf the above-referenced document is being filed (Signing Party)), hereby declare under penalty of perjury that: (1) I have read and understood the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/" followed by my name on the signature lines for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such separate line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney, and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed the Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

/s/ Maria Gonzalez                                 4/26/13
Signature of Signing Party                         Date
Maria Gonzalez
Printed Name of Signing Party

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/" followed by my name on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/" followed by my name; and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/" followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

/s/ Kian Mottahedeh                                 4/26/13
Signature of Attorney for Signing Party            Date
Kian Mottahedeh 247375
Printed Name of Attorney for Signing Party

November 2006        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15300 Ventura Blvd., Suite 503, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SCHEDULES B and C** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 27, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 27, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Maria Gonzalez
13301 Branford St
Pacoima, CA 91331

Honorable Maureen Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/27/2013 | Dora Vazquez | /s/ Dora Vazquez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012    F 9013-3.1.PROOF.SERVICE