United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 13-11758-MT
Maria Gonzalez                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin            Page 1 of 2              Date Rcvd: Jun 24, 2013
                              Form ID: b18           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
```
db         +Maria Gonzalez,    13301 Branford St,    Pacoima, CA 91331-5714
smg         Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
33704109   +ALLIED INTERSTATE,    PO BOX 1954,    SOUTHGATE MI 48195-0954
33554767   +Chase Manhattan,    Attn: Bankruptcy Research Dept,     3415 Vision Dr,    Columbus, OH 43219-6009
33554768    Curacao,   1605 W. Olympic Blvd.,     Los Angeles, CA 90015-3808
33554769    Facey Medical Foundation,    11165 Sepulveda Blvd.,     Mission Hills, CA 91345-1125
33554770    Home Depot,    Post Office Box 13065,    Roswell, GA 30076-9065
33704111   +SOUTHWEST CREDIT,    2950 S GESSNER RD,    HOUSTON TX 77063-3771
33704112   +UNIVERSAL CREDIT CORP,    PO BOX 23815,    SAN DIEGO CA 92193-3815
33554776   +Valley Community College,    5800 Fulton Avenue,    Van Nuys, CA 91401-4096
33554777   +Water & Power Community CU,    1053 W. Sunset Boulevard,     Los Angeles, CA 90012-2182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QDCWEIL.COM Jun 25 2013 03:43:00      Diane Weil (TR),    16000 Ventura Boulevard, Suite 1000,
             Encino, CA 91436-2762
smg         EDI: EDD.COM Jun 25 2013 03:43:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P. O. Box 826880,    Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Jun 25 2013 03:43:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P. O. Box 2952,    Sacramento, CA  95812-2952
33704110   +EDI: ARSN.COM Jun 25 2013 03:43:00      ARS NATIONAL SERVICES INC,    PO BOX 463023,
             ESCONDIDO CA 92046-3023
33554765   +EDI: BANKAMER.COM Jun 25 2013 03:43:00      Bank of America,    Bankruptcy Department,
             Post Office Box 2278,    Norfolk, VA 23501-2278
33554766    EDI: CAPITALONE.COM Jun 25 2013 03:43:00      Capital One,    Post Office Box 85167,
             Richmond, VA 23285-5167
33554771    EDI: HFC.COM Jun 25 2013 03:43:00      Household Bank,    12447 SW 69th Ave,
             Tigard, OR 97223-8517
33554772    EDI: CBSKOHLS.COM Jun 25 2013 03:43:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
33554773   +EDI: TSYS2.COM Jun 25 2013 03:43:00      Macys,    P.O. Box 6938,    The Lakes, NV 88901-6938
33554774    EDI: RMSC.COM Jun 25 2013 03:43:00      Pep Boys,    c/o GE Capital Cons Cardco,    P.O. Box 9001557,
             Louisville, KY 40290-1557
33554775    EDI: AISTMBL.COM Jun 25 2013 03:43:00      T Mobile,    PO Box 51843,    Los Angeles, CA 90051-6143
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 0973-1           User: admin              Page 2 of 2              Date Rcvd: Jun 24, 2013
                               Form ID: b18             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2013 at the address(es) listed below:

```
              Diane   Weil (TR)    dcw@dcweillaw.com,  dweil@ecf.epiqsystems.com
              Kian   Mottahedeh    on behalf of Debtor Maria  Gonzalez kian@sm-lawgroup.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

B18 (Official Form 18)(12/11)

**United States Bankruptcy Court**
**Central District Of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Maria Gonzalez

**BANKRUPTCY NO.** 1:13−bk−11758−MT

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8066
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 6/24/13

**Address:**
13301 Branford St
Pacoima, CA 91331

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: June 24, 2013

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

11 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.